GAETANO D'AMATO et al., Respondents, *v.* ANNIE V. ELKEMA et al., as Substituted Trustees under the Will of MARY A. BUSKIRK, Deceased, Appellants, Impleaded with Others.

Reported below, 164 App. Div. 952.
(Argued February 23, 1915; decided March 2, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 13, 1914, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover for labor performed and materials furnished.

The motion was made upon the grounds that no appeal lay as of right to the Court of Appeals; that permission to appeal had not been obtained and that the exceptions were frivolous.

*Max Schleimer* for motion.

*William A. Purrington* opposed.

Motion denied, with ten dollars costs.